# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: NDR Cox Investments, LLC v. Cox Group, LLC, et al.

Case Number: 1:25-cv-11213

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff NDR Cox Investments, LLC

Attorney name (type or print): Max A. Stein

Firm: Maxson Mago & Macaulay, LLP

Street address: Suite 4500, 77 W. Wacker Drive

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6275993
(See item 3 in instructions)

Telephone Number: (312) 307-6815

Email Address: mstein@em3law.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | No |
| Are you acting as local counsel in this case? | No |
| Are you a member of the court's trial bar? | Yes |
| If this case reaches trial, will you act as the trial attorney? | Yes |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/25/2025

Attorney signature: S/ Max A. Stein
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015