UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NDR COX INVESTMENTS, LLC, a Delaware limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 25-cv-11213 ) |
| COX GROUP, LLC, a Delaware limited liability company, 5M VENTURE II, LLC, a Delaware limited liability company, MARK REITER and MARTY REITER, individuals, | ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT COX GROUP, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant Cox Group, LLC ("Defendant"), by and through its undersigned attorney, and pursuant to Fed. R. Civ. P. 6(b), respectfully requests a thirty (30) day extension of time, up to and including November 17, 2025, to answer or otherwise plead to the Complaint (the "Motion"). Plaintiff does not oppose the requested extension. In further support of the Motion, Defendant states as follows:

1. Plaintiff filed its Complaint on September 16, 2025. (Dkt. # 1).

2. Plaintiff served its Complaint and a clerk-issued summons to Defendant on October 1, 2025.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant is required to answer or otherwise plead to the Complaint on or before October 22, 2025.

4. Defendant respectfully requests a thirty (30) day extension from the filing of this Motion, up to and including November 17, 2025, to answer or otherwise plead to Plaintiff's Complaint.

83591712;1

5. Good cause exists for the requested extension. Defendant needs additional time to investigate and research the allegations contained within Plaintiff's Complaint, and to prepare a responsive pleading.

6. Defendant has not previously requested an extension of time to answer or otherwise plead. Given the early stage of these proceedings, Plaintiff will not be prejudiced by and agrees to the requested extension.

7. On October 16, 2025, Defendant's counsel conferred via telephone and email with Plaintiff's counsel regarding the requested extension. Through the conferral, Plaintiff's counsel indicated that Plaintiff does not oppose the requested extension.

WHEREFORE, Defendant respectfully requests that this Court grant a thirty (30) day extension of time, up to and including November 17, 2025, to answer or otherwise plead to Plaintiff's Complaint and for any further relief this Court deems appropriate.

Dated: October 17, 2025

                Respectfully submitted,

                COUNSEL FOR COX GROUP, LLC

                By: */s/ Thomas B. Fullerton*
                    One of Defendant's Attorneys

Thomas B. Fullerton (6296539)
Akerman LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
thomas.fullerton@akerman.com

**CERTIFICATE OF SERVICE**

      I certify that the foregoing was filed electronically on October 17, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  */s/ Thomas B. Fullerton*

83591712;1