**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NDR COX INVESTMENTS, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:25-cv-11213 |
| 5M VENTURE II, LLC, a Delaware limited liability company, MARK REITER and MARTY REITER, individuals, | ) ) ) ) | Hon. Jeffrey I. Cummings  Mag. Gabriel A. Fuentes |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ALTERNATIVE
SERVICE OF PROCESS ON DEFENDANTS**

Plaintiff, NDR Cox Investments, LLC ("Plaintiff"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 4(e), and for its Motion for Alternative Service of Process on Defendants, state:

**INTRODUCTION**

Plaintiff has diligently and repeatedly attempted to serve Defendants Marty Reiter and Mark Reiter (both personally and as registered agent of Defendant 5M Venture II, LLC ("5M")) with process through professional process servers at their respective usual places of abode, located through skip-traces. However, they have actively avoided multiple attempts at service of process, rendering personal service at their usual places of abode impracticable. Plaintiff thus requests the Court's authorization to serve process of the summons through alternative means that Plaintiff believes are reasonably apprise Marty Reiter and Mark Reiter (personally and as registered agent of 5M) of the pendency of the action and afford them the best opportunity to present their objections.

1

## SALIENT FACTS

1.      The Complaint in this action was filed on September 16, 2025.  Plaintiff's attorneys delivered the summons for all defendants to It's Your Serve, Inc., a professional process serving organization on September 30, 2025.[1]

2.      Plaintiff ordered and obtained skip traces of Defendants Marty Reiter and Mark Reiter from It's Your Serve, Inc. to locate their respective usual places of abode (referred to as a "Located Home Address").

3.      On several occasions, process server Nikolai Stiphanovich Beher ("Beher") attempted to service process on Marty Reiter by delivering a copy of summons and Complaint or Amended Complaint to Mr. Reiter personally at his Located Home Address or by leaving a copy of the summons and complaint or Amended Complaint at his Located Home Address with someone of suitable age and discretion who resides there. *See generally* Exhibit A, Affidavit of Nikolai Stiphanovich Beher ("Beher Aff.").

4.       Each attempt was unsuccessful because of Marty Reiter's and other residents' active evasion of service.

5.       On September 30, 2025 at 6:48 pm, Mr. Beher visited Marty Reiter's Located Home Address at 14 West Superior Street, Apartment 3202. Chicago, Illinois 60654-3711.  This is a multi-unit building with a security desk at the entrance.  The security personnel confirmed that Marty Reiter lived in the building.  When Mr. Beher arrived at Mr. Reiter's apartment, it appeared that lights were on in the apartment.  There was no answer when Mr. Beher knocked on the door. *See* Ex. A, Beher Aff. at p. 2.

---

[1] Plaintiff filed an Amended Complaint on October 21, 2025.  Following the filing of the Amended Complaint all efforts to affect service on the Defendants included attempted service of the Amended Complaint along with the summons.

6.     Mr. Beher returned to Marty Reiter's Located Home Address on October 9, 2025 at 7:35 pm.  After Beher knocked at the unit's front door, a woman verbally answered and spoke through the door.  Mr. Beher identified himself and told the woman that he was a process server and had documents for Marty Reiter.  The woman on the other side of the door said she didn't know and stopped responding.  The woman never opened the door.  *See* Ex. A, Beher Aff. at p. 2.

7.     Mr. Beher returned again to Marty Reiter's Located Home Address on October 14, 2025 at 6:03 pm. There appeared to be lights on in the apartment as he attempted to affect service by knocking on the unit door, Mr. Beher observed movements on the other side of the door through the peephole in the door. No one answered.  *See* Ex. A, Beher Aff. at p. 2.

8.     On October 20, 2025, Mr. Beher returned to Marty Reiter's Located Home Address at 6:49 pm.  There appeared to be lights on and Mr. Beher again observed movement through the peephole after he knocked on the door.  Again, there was no answer.  *See* Ex. A, Beher Aff. at p. 2.

9.     It is plain that Marty Reiter and other persons in his household are actively avoiding service of process and it has no become impracticable to serve process as directed by Rule 4(e)(2)(A) or (B).

10.    According to the Illinois Secretary of State's records, Defendant Mark Reiter is the registered agent of 5M, and his agency address is given as 1016 West Jackson Blvd., Chicago, Illinois.  *See* Exhibit B.

11.    The first attempt at serving summons on 5M c/o Mark Reiter was made by professional process server Jason Holinka on October 7, 2025 at 3:28 pm.  Mr. Holinka visited 1016 West Jackson Blvd. and determined it was a business address.  There was no front desk personnel in the lobby and no one answered when Mr. Holinka rang the call box.  *See* Exhibit C, Affidavits of Jason Holinka ("Holinka Aff.").

12.     Mr. Holinka returned to 1016 West Jackson Blvd. on October 10, 2025 at 12:45 pm. He spoke to an attendant at the office who informed Mr. Holinka that the office who stated that the location was a "virtual office" that is used as a mail service for different entities. Mark Reiter was not present and so Mr. Holinka was unable to affect service of the summons. *See* Exhibit C, Holinka Aff. at p. 2.

13.     According to a skip trace search conducted by It's Your Serve, Inc., the process server located two potential places of abode for Mark Reiter, one located at 9300 S. Winchester Ave., Chicago, Illinois and 2001 West 103rd Street, Chicago, Illinois.

14.     On November 1, 2025, at 7:49 am, process server Dennis McMaster visited the 9300 S. Winchester Ave., a single family home, knocked at the front door and rang the video bell, but received no response.  *See* Exhibit D, First Affidavit of Dennis McMaster ("First McMaster Aff.").

15.     He returned to the 9300 S. Winchester Ave. home on November 3, 2025 at 5:01 pm. This time he spoke to the current renter, a Venessa Espinoza, who stated that Mark Reiter no longer resides at the address. *See* Exhibit D, First McMaster Aff at p. 2.

16.     Mr. McMaster then visited the second address, 2001 West 103rd Street, Chicago, on November 5, 2025 at 9:33 am.  That address is a single family home with an SUV in the driveway. He knocked on the front door and rang the video bell, but received no answer. Exhibit E, Second Affidavit of Dennis McMaster ("Second McMaster Aff.").

17.     On November 7, 2025 at 6:57 am, Mr. McMaster returned to the home on 103rd Street and after knocking at the front door, a child answered the door.  The child told Mr. McMaster that his father was in the shower and then went to go get him.  Mr. McMaster waited 15 minutes, but no one ever came to the door. *See* Exhibit E, Second McMaster Aff., at p. 2.

18.     Mr. McMaster returned to 2001 West 103rd Street the next day at 10:46 am, but there was no answer when he knocked on the door and rang the video bell. *See* Exhibit E, Second McMaster Aff. at p. 2.

19.     On November 10, 2025, at 5:01 pm, Mr. McMaster returned to the 103rd Street address and found vehicle tracks in the snow outside the home. There were lights on inside the home and he knocked on the front door and rang the video bell, but received no answer. *See* Exhibit E, Second McMaster Aff. at p. 2.

20.     Mr. McMaster's final attempt to serve summons on 5M through its registered agent, Mark Reiter, was on November 11, 2025 at 6:46 am.  No vehicle was present, and no one answered the door when Mr. McMaster knocked on the door and rang the video bell. *See* Exhibit E, Second McMaster Aff.

21.     The efforts to serve the summons on Mark Reiter in his personal capacity are identical to the efforts by process servers Jason Holinka and Dennis McMaster as described in above and are supported by almost identical affidavits by Mr. Holinka and Mr. McMaster, attached as Exhibits F, G and H.

22.     It is plain that Marty Reiter and other persons in his household are actively avoiding service of process and it has now become impracticable to serve process as directed by Rule 4(e)(2)(A) or (B) or 4(h).

23.     In sum, through the several efforts of three process servers on various dates, Plaintiff has been unable to affect service of summons on Defendants Marty Reiter, Mark Reiter and 5M, because of the efforts by Marty and Mark Reiter to actively avoid service.  Accordingly, Plaintiff now seeks relief from the Court and respectfully requests that the Court permit Plaintiff to serve process through a combination of other means, consistent with notions of due process.

## ARGUMENT

24.     Federal Rule of Civil Procedure 4(e) provides in relevant part that an individual may be served by "following state law for serving summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1).

25.     Rule 4(h) requires service on a corporate entity, partnership or association by either (i) service of summons in the manner prescribed by Rule 4(e)(1) or (ii) by delivering a copy of the summons and the complaint on an officer or authorized agent.

26.     The relevant Illinois statute implicated by Rule 4(e)(1) provides, among other things, that where service upon an individual is impractical, a plaintiff may move the court to enter an order directing a method of service comparable to service under items (1) and (2) of subsection (a) of 735 ILCS 5/2-203. 735 ILCS 5/2-203.1. Section 2-203.1 further provides that the "court may order service to be made in any manner consistent with due process." *Id.*

27.     Section 2-203.1 allows a court to order alternative service providing the plaintiff shows that (1) it has made a "diligent inquiry as to the location of the individual defendant," and (2) "reasonable efforts" to personally serve the defendant have been unsuccessful. 735 ILCS 5/2-203.1; see also *R.R. Maint. & Indus. Health & Welfare Fund v. Mahoney*, Case No. 19-cv-03214, 2021 WL 1224899, at *2 (C.D. Ill. Mar. 31, 2021).

28.     Here, these requirements have been met. The various affidavits of Messrs. Beher, Holinka and McMasters detail the nature and extent of their efforts to serve Marty Reiter and Mark Reiter (personally and as the registered agent for 5M) or a member of their households at their usual place of abodes. 735 ILCS 5/2-203.1.

29.     Courts in Illinois have permitted alternative service of process the various means that they have deemed consistent with notions of due process.  For example, in *Pension Fund of Cement Masons Union Local No. 502 v. I A P Construction, Inc.,* Case No. 24cv12632, 2025 WL 1141182, * 2 (N.D. Ill. April 16, 2025) (Coleman, M.J.), the court permitted the plaintiff to serve process through alternative means including sending the summons via U.S. First-Class Mail and U.S. Certified Mail, Return Receipt Requested, to the defendants' residential address, emailing the summons to Defendant's email address, and posted a copy of the summons and complaint to the front door of defendant's residence. *See also Moen v. Woolridge*, Case No. 25-cv-04047, 2025 WL 1361461, * 3 (C. D. Ill. May 9, 2025 (permitting alternative service of process through email delivery and posting the summons to defendant's social Instagram media account)).

30.     In *Western World Insurance Company v. Frieden*, Case No. 16cv4038, 2018 WL 9880232, * 2 (Jan. 31, 2018) (Hawley, M.J.), the court  permitted the plaintiff to serve defendants by Certified Mail addressed to their then-current attorney. *See also Hotel Emps. and Rest. Emps. Int'l. Union Welfare Fund v. Printer's Row, LLC*, No. 06 C 4630, 2008 WL 5142187, at *4 (N.D. Ill. Dec. 5, 2008) (permitting alternative service on defendant's attorney where the record established defendant was currently represented by counsel and it was reasonable to believe that an attorney would advise his client that he had been served on the client's behalf), citing *In re Marriage of Schmitt*, 747 N.E. 2d 524, 532 (Ill. App. 2001).

31.     Indeed, Illinois Supreme Court Rule 102(f)(1)(B) authorizes service of process by e-mail as follows:

> "Service by e-mail. Service by e-mail shall be made by (i) sending an e-mail to the defendant/respondent at his or her current e-mail address; (ii) attaching a copy of the summons, complaint/petition, and any other required documents to the e-mail; (iii) stating in the subject line of the e-mail message : "Important information—You are being sued"; and (iv) stating in the body of the e-mail: "You have been sued. Read all of the documents attached to this e-mail. To participate in the case, you must follow the instructions listed in

7

the attached summons. If you do not, the court may decide the case without hearing from you, and you could lose the case."

32.     Mark Reiter is a principal of 5M Group.  That companies' website indicates that his professional email address is mark.reiter@5mre.com.  *See* Exhibit I, 5M Group Webpage for Mark Reiter.

33.     Marty Reiter is also a principal at 5M Group and his email address according to the company's website is marty.retier@5mgroup.com. *See* Exhibit J, 5M Group Webpage for Marty Reiter.

34.     Mark Reiter, Marty Reiter and 5M are all currently represented by Richard Perna of Krieg DeVault, LLP, 200 South Wacker Drive, Suite 600, Chicago, Illinois, 60606. Mr. Perna has indicated as much in recent correspondence he has sent to Plaintiff's counsel regarding matters that are subject to the current action. His email address, as indicated on the firm's website and on correspondence sent by Mr. Perna to Plaintiff's counsel, is  rperna@kdlegal.com.

35.     Because Mr. Perna has advised that he represents Defendants in connection with this action, ethical restrictions would prevent undersigned counsel from e-mailing Defendants directly.

36.     Therefore alternative service of process on Mark Reiter, Marty Reiter and 5M by sending the summons and copies of the Amended Complaint to Richard Perna at rperna@kdlegal.com would be consistent with due process and would reasonably apprise both Reiters and 5M of the claims against them.

37.     Alternatively, service of process on Mark Reiter, Marty Reiter and 5M though he following would be consistent with due process and would reasonably apprise both Reiters and 5M of the claims against them: (i)  sending the summonses and copies of the Amended Complaint to Mark Reiter at mark.reiter@5mre.com and Marty Reiter at marty.retier@5mgroup.com; (ii)

stating in the subject line of the e-mail message : "Important information—You are being sued"; and (iii) stating in the body of the e-mail: "You have been sued. Read all of the documents attached to this e-mail. To participate in the case, you must follow the instructions listed in the attached summons. If you do not, the court may decide the case without hearing from you, and you could lose the case.

     **WHEREFORE**, Plaintiff respectfully requests that the Court permit Plaintiff to effect service of process through a combination of the following:

(i)     sending the summons and copies of the Amended Complaint to Defendants' attorney via email, or alternarively, via e-mail and U.S. certified mail; and/or

(ii)     sending the summons and copies of the Amended Complaint to Mark Reiter and Marty Reiter directly via email, or alternatively via e-mail and U.S. certified mail to their respective Located Home Addresses; and/or

(iii)     posting the summons to Marty Reiter's and Mark Reiter's front door of their respective Located Home Addresses; and/or

(iv)     serving the summons directed at 5M on the Illinois Secretary of State; or

(v)     any other relief the Court believes is equitable and justified under the circumstances.

Dated: November 18, 2025          Respectfully submitted,

                                          /s/ Michael B. Cohen

                      Michael B. Cohen (mcohen@em3law.com)
                      Max A. Stein (mstein@em3law.com)
                      Keith M. Stolte (kstolte@em3law.com)
                      Maxson Mago & Macaulay LLP
                      77 West Wacker Drive, Suite 4500
                      Chicago, Illinois 60601
                      (312) 803-0378

                      *Counsel for Plaintiff NDR Cox Investments, LLC*

9

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 18, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.


By:    /s/ Michael B. Cohen
                           _____

# EXHIBIT A

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)  - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Marty Reiter

was received by me on *(date)*   9/30/2025                .

' I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify)*: 9/30/2025 at 6:48 PM, 10/19/2025 at 7:35 PM, 10/14/2025 at 6:03 PM and 10/20/2025 at
6:49 PM - I received no answer when I knocked on the unit door. Therefore, I was unable
to contact the subject and effectuate service.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00         .

I declare under penalty of perjury that this information is true.

Date: _11/17/2025_

_____
*Server's signature*

Nikolai Stiphanovich-Beher, Process Server
*Printed name and title*

134 N. LaSalle St, Ste #1410 Chicago, IL 60602
*Server's address*

423560A

Additional information regarding attempted service, etc:

423560A
**Law Firm Ref#: NOR Cox Investments, LLC v. Cox G**

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

NOR COX INVESTMENTS, LLC, a Delaware limited
liability company,

Case No.: **1 :25-cv-11213**

**Plaintiff(s),**

VS

COX GROUP, LLC, a Delaware limited liability
company, 5M VENTURE II, LLC, a Delaware limited
liability company, MARK REITER and MARTY REITER,
individuals,

**Defendant(s).**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Nikolai Stiphanovich Beher** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **Marty Reiter**

I, Non-Served the within named **INDIVIDUAL/ENTITY on 10/20/2025 at 6:49 PM**

TYPE OF PROCESS: **SUMMONS IN A CIVIL ACTION & COMPLAINT**

ADDRESS WHERE ATTEMPTED: **14 W Superior St, Apt 3202, Chicago, IL 60654-3711**

NON-SERVICE for reason that after diligent investigation found:

| Date/Time | Remarks |
|---|---|
| 9/30/2025 at 6:48 PM | This is a multi-unit residential building. I spoke to security, who confirmed that the subject lives here. There appeared to be Halloween decorations on the unit door. There appeared to be lights on inside the unit. I received no answer when I knocked on the unit door. |
| 10/9/2025 at 7:35 PM | As I attempted service at the unit door, a woman answered and spoke through the door. I told her that I was a server & had documents for the subject. She said she didn't know & stopped responding. She did not answer after and did not open the unit door. |
| 10/14/2025 at 6:03 PM | There appeared to be lights on inside the unit. As I attempted service at the unit door, I observed movement through the peephole on the door. I received no answer when I knocked on the unit door. |
| 10/20/2025 at 6:49 PM | There appeared to be lights on inside the unit. As I attempted service at the unit door, I observed movement through the peephole on the door. I received no answer when I knocked on the unit door. Therefore, I was unable to contact the subject and effectuate service. |

Continued on Next Page



423560A

**Law Firm Ref#: NOR Cox Investments, LLC v. Cox G**

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

NOR COX INVESTMENTS, LLC, a Delaware limited
liability company,

Case No.: **1 :25-cv-11213**

      **Plaintiff(s),**

  **VS**

COX GROUP, LLC, a Delaware limited liability
company, 5M VENTURE II, LLC, a Delaware limited
liability company, MARK REITER and MARTY REITER,
individuals,

      **Defendant(s).**

## AFFIDAVIT OF SPECIAL PROCESS SERVER
### Continued from prior Page

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies
that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on
information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same
to be true.

Nikolai Stiphanovich Beher, Process Server

Dated: 11/17/2025



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

423560A

# EXHIBIT B

 ilsos.gov (https://www.ilsos.gov/) **Official Website of the Illinois Secretary of State** Here's how you know ⌄

English



**ILLINOIS SECRETARY** *of* **STATE**
**ALEXI GIANNOULIAS** (https://www.ilsos.gov/)

Search ilsos.gov... 🔍
(https://www.ilsos.gov/search/searchgoogle.html)

👤 Driver's Licenses & ID Cards ⌄    🚗 Vehicles, Plates & Titles ⌄    💼 Business Services ⌄    More Services ⌄

(https://www.ilsos.gov/)

**Business Entity Search**

### Entity Information

| | |
|---|---|
| **Entity Name** | 5M VENTURE II, LLC |
| **Principal Address** | 19 S. LASALLE ST., 16TH FL<br>CHICAGO,IL 60603 |

| | | | |
|---|---|---|---|
| **File Number** | 07502559 | **Status** | ACTIVE on 03-28-2025 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **Org. Date/Admission Date** | 01-23-2019 | **Jurisdiction** | IL |
| **Duration** | PERPETUAL | | |
| **Annual Report Filing Date** | 00-00-0000 | **Annual Report Year** | 2026 |
| **Agent Information** | MARK J. REITER<br>1016 W JACKSON BLVD<br>CHICAGO, IL 60607-2914 | **Agent Change Date** | 01-23-2019 |

### Services and More Information

Choose a tab below to view services available to this business and more information about this business.

| Available Services | Managers | Old LLC Name | Assumed Name | Series Name | File History |
|---|---|---|---|---|---|

Purchase Master Entity Certificate of Good Standing

File Annual Report (https://apps.ilsos.gov/llcarpt/)

Articles of Amendment Effecting A Name Change (https://apps.ilsos.gov/llcartamendment/)

Adopting Assumed Name (https://apps.ilsos.gov/llcassumedadoptname/)

Change of Registered Agent and/or Registered Office (https://apps.ilsos.gov/llcagentchange/)

# EXHIBIT C

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)  - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    5M Venture 11, LLC c/o Mark Reiter, Registered Agent

was received by me on *(date)*        9/30/2025        .

' I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

* Other *(specify):* 10/7/2025 at 3:28 PM, 10/10/2025 at 12:45 PM - This is a business address. I spoke to an
employee, Sarah. Who stated this location is a virtual office and that it is used as mail-boxes
for different entities. Therefore, I was unable to locate the subject and effectuate service.

My fees are $ _____ for travel and $ _____ for services, for a total of $       0.00       .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                                        *Server's signature*

                                                Jason Holinka, Process Server
                                                        *Printed name and title*


                                                134 N. LaSalle St, #1410 Chicago, IL 60602
                                                        *Server's address*

423560

Additional information regarding attempted service, etc:

423560
**Law Firm Ref#: NOR Cox Investments, LLC v. Cox G**

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

NOR COX INVESTMENTS, LLC, a Delaware limited
liability company,

Case No.: **1 :25-cv-11213**

          **Plaintiff(s),**

      VS

COX GROUP, LLC, a Delaware limited liability
company, 5M VENTURE II, LLC, a Delaware limited
liability company, MARK REITER and MARTY REITER,
individuals,

          **Defendant(s).**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve,
Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **5M Venture 11, LLC c/o Mark Reiter, Registered
Agent**

I, Non-Served the within named **INDIVIDUAL/ENTITY on 10/10/2025 at 12:45 PM**

TYPE OF PROCESS: **SUMMONS IN A CIVIL ACTION & COMPLAINT**

ADDRESS WHERE ATTEMPTED: **1016 W Jackson Blvd, Chicago, IL 60607-2914**

NON-SERVICE for reason that after diligent investigation found:

| Date/Time | Remarks |
|---|---|
| 10/7/2025 at 3:28 PM | This is a business address. There was no front desk attendant at the lobby. I received no answer when I rang the call-box. |
| 10/10/2025 at 12:45 PM | I spoke to an employee, Sarah [Sex: Female | Race: Caucasian | Age: 40-50 | Height: 5'7 | Weight: 165 | Hair: Brown ]. Who stated this location is a virtual office and that it is used as mail-boxes for different entities. Therefore, I was unable to locate the subject and effectuate service. |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies
that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on
information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same
to be true.

_____
Jason Holinka, Process Server
Dated: _10-23-25_



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

423560

# EXHIBIT D

Case: 1:25-cv-11213 Document #: 12-1 Filed: 09/29/25 Page 2 of 2 PageID #:73

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SM Venture II LLC, c/o Mary J. Reiter, Registered Agent

was received by me on *(date)* 10/29/25

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I attempted at 9300 J Winchester Ave, Chicago, IL 60643, and spoke with the current renter, Vanessa Espinoza, who stated that the subject no longer lives here.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: 11/12/25

_____
*Server's signature*

Dennis McMaster, Process Server
*Printed name and title*

134 N LaSalle St. Ste. 1410, Chicago, IL 60602
*Server's address*

Additional information regarding attempted service, etc:

426611
**Law Firm Ref#: NDR COX INVESTMENTS**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NDR COX INVESTMENTS, LLC, a Delaware limited liability company,

Case No.: **1:25-cv-11213**

      **Plaintiff(s),**

    VS

5M VENTURE II, LLC, a Delaware limited liability company, MARK REITER and MARTY REITER, individuals,

      **Defendant(s).**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Dennis McMaster** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **5M Venture II, LLC, c/o Mark J. Reiter, Registered Agent**

I, Non-Served the within named **INDIVIDUAL/ENTITY on 11/3/2025 at 5:01 PM**

TYPE OF PROCESS: **Summons in a Civil Action; First Amended Complaint**

ADDRESS WHERE ATTEMPTED: **9300 S Winchester Ave, Chicago, IL 60643-6348**

NON-SERVICE for reason that after diligent investigation found:

| Date/Time | Remarks |
|---|---|
| 11/1/2025 at 7:49 AM | This is a single-family home. I knocked on the front door and rang the video bell, but I received no answer. |
| 11/3/2025 at 5:01 PM | I spoke with the current renter, Vanessa Espinoza, [Sex: Female | Race: Caucasian | Age: 35-40], who stated that the subject no longer lives here. Therefore, I was unable to locate the subject and effectuate service. |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.



Dennis McMaster, Process Server
Dated: 11 | 12 | 25



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

426611

# EXHIBIT E

Case: 1:25-cv-11213 Document #: 12-1 Filed: 09/29/25 Page 2 of 2 PageID #:73

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 5M Venture II LLC, C/o Mark J
was received by me on *(date)* 11/4/25 . Reiter, Registered Agent

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):* I made several attempts at 2001 W 103rd St., Chicago, IL 60043
on 11/5 at 9:33am, 11/7 at 6:57am, 11/8 at 10:46am, 11/10 at 8:01pm,
and 11/11 at 6:46am, and I was unable to effectuate service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/12/25

_____
Server's signature

Dennis Mcmaster, Process Server
Printed name and title

134 N LaSalle St. Ste. 1410, Chicago, IL 60002
Server's address

Additional information regarding attempted service, etc:

426611B
**Law Firm Ref#: NDR COX INVESTMENTS**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NDR COX INVESTMENTS, LLC, a Delaware limited liability company,

         **Plaintiff(s),**

      VS

5M VENTURE II, LLC, a Delaware limited liability company, MARK REITER and MARTY REITER, individuals,

         **Defendant(s).**

Case No.: **1:25-cv-11213**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Dennis McMaster** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **5M Venture II, LLC, c/o Mark J. Reiter, Registered Agent**

I, Non-Served the within named **INDIVIDUAL/ENTITY on 11/11/2025 at 6:46 AM**

TYPE OF PROCESS: **Summons in a Civil Action; First Amended Complaint**

ADDRESS WHERE ATTEMPTED: **2001 W 103rd St, Chicago, IL 60643-2626**

NON-SERVICE for reason that after diligent investigation found:

| Date/Time | Remarks |
|---|---|
| 11/5/2025 at 9:33 AM | This is a single-family home. There was a silver SUV in the driveway. I knocked on the front door and rang the video bell, but I received no answer. |
| 11/7/2025 at 6:57 AM | A little kid answered the door and told me that his dad was in the shower. He went to go get him, and I waited for 15 minutes, but no one ever came to the door. |
| 11/8/2025 at 10:46 AM | There were no vehicles present on the property or lights on inside the home. I knocked on the front door and rang the video bell, but I received no answer. |
| 11/10/2025 at 5:01 PM | There were tracks and footprints in the snow outside of the home. There were lights on inside the home. I knocked on the front door and rang the video bell, but I received no answer. |
| 11/11/2025 at 6:46 AM | There were no vehicles present on the property or lights on inside the home. I knocked on the front door and rang the video bell, but I received no answer. Therefore, I was unable to contact the subject and effectuate service. |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Dennis McMaster, Process Server
Dated: 11/13/25

It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

426611B



# EXHIBIT F

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)  - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Mark Reiter

was received by me on *(date)*     9/30/2025

' I personally served the summons on the individual at *(place)*

on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify):*   10/7/2025 at 3:28 PM, amd 10/10/2025 at 12:45 PM - This is a business address. I spoke to an employee, Sarah. Who stated this location is a virtual office and that it is used as mail-boxes for different entities. Therefore, I was unable to locate the subject and effectuate service.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: __11-17-25__

_____
*Server's signature*

Jason Holinka, Process Server
*Printed name and title*

134 N. LaSalle St, Ste #1410 Chicago, IL 60602
*Server's address*

423560B

Additional information regarding attempted service, etc:

423560B
**Law Firm Ref#: NOR Cox Investments, LLC v. Cox G**

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

NOR COX INVESTMENTS, LLC, a Delaware limited
liability company,

Case No.: **1 :25-cv-11213**

           **Plaintiff(s),**

      VS

COX GROUP, LLC, a Delaware limited liability
company, 5M VENTURE II, LLC, a Delaware limited
liability company, MARK REITER and MARTY REITER,
individuals,

           **Defendant(s).**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve,
Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **Mark Reiter**

I, Non-Served the within named **INDIVIDUAL/ENTITY on 10/10/2025 at 12:45 PM**

TYPE OF PROCESS: **SUMMONS IN A CIVIL ACTION & COMPLAINT**

ADDRESS WHERE ATTEMPTED: **1016 W Jackson Blvd, Chicago, IL 60607-2914**

NON-SERVICE for reason that after diligent investigation found:

| Date/Time | Remarks |
|---|---|
| 10/7/2025 at 3:28 PM | This is a business address. There was no front desk attendant at the lobby. I received no answer when I rang the call-box. |
| 10/10/2025 at 12:45 PM | I spoke to an employee, Sarah [Sex: Female \| Race: Caucasian \| Age: 40-50 \| Height: 5'7 \| Weight: 165 \| Hair: Brown ]. Who stated this location is a virtual office and that it is used as mail-boxes for different entities. Therefore, I was unable to locate the subject and effectuate service. |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies
that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on
information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same
to be true.

Jason Holinka, Process Server
Dated: _10-28-25_



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

423560B

# EXHIBIT G

Case: 1:25-cv-11213 Document #: 14 Filed: 09/30/25 Page 2 of 2 PageID #:79

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)  - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mark Reiter

was received by me on *(date)*  10/29/25

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*  I attempted at 9300 S Winchester Ave, Chicago, IL 60643, and spoke with the current renter, Vanessa Espinoza, who stated that the subject no longer lives here.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: 11/12/25 _____

Server's signature

Dennis McMaster, Process Server
*Printed name and title*

134 N LaSalle St, Ste. 1410, Chicago, IL 60602
*Server's address*

Additional information regarding attempted service, etc:

426611A
**Law Firm Ref#: NDR COX INVESTMENTS**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NDR COX INVESTMENTS, LLC, a Delaware limited liability company,                    Case No.: **1:25-cv-11213**

        **Plaintiff(s),**

    VS

5M VENTURE II, LLC, a Delaware limited liability company, MARK REITER and MARTY
REITER, individuals,

        **Defendant(s).**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Dennis McMaster** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve,
Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **Mark Reiter**

I, Non-Served the within named **INDIVIDUAL/ENTITY on 11/3/2025 at 5:01 PM**

TYPE OF PROCESS: **Summons in a Civil Action; First Amended Complaint**

ADDRESS WHERE ATTEMPTED: **9300 S Winchester Ave, Chicago, IL 60643-6348**

NON-SERVICE for reason that after diligent investigation found:

| Date/Time | Remarks |
|---|---|
| 11/1/2025 at 7:49 AM | This is a single-family home. I knocked on the front door and rang the video bell, but I received no answer. |
| 11/3/2025 at 5:01 PM | I spoke with the current renter, Vanessa Espinoza, [Sex: Female \| Race: Caucasian \| Age: 35-40], who stated that the subject no longer lives here. Therefore, I was unable to locate the subject and effectuate service. |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies
that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on
information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same
to be true.

        Dennis McMaster, Process Server
        Dated: 11/12/25



        It's Your Serve, Inc.
        134 N. LaSalle Street, #1410
        Chicago, IL 60602
        (312) 855-0303

426611A

# EXHIBIT H

Case: 1:25-cv-11213 Document #: 14 Filed: 09/30/25 Page 2 of 2 PageID #:79

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mark Reiter

was received by me on *(date)*  11/4/25

☐ I personally served the summons on the individual at *(place)*

on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*  ; or

☐ I returned the summons unexecuted because  ; or

☑ Other *(specify)* I made several attempts at 2001 W 103rd St, Chicago, IL 60643,
on 11/5 at 9:33am, 11/7 at 6:57am, 11/8 at 10:46am, 11/10 at 05:01pm,
and 11/11 at 6:46am, and I was unable to effectuate service.

My fees are $ for travel and $ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 11/12/25

*Server's signature*

Dennis McMaster, Process Server
*Printed name and title*

134 N. LaSalle St. Ste 1410, Chicago, IL 60602
*Server's address*

Additional information regarding attempted service, etc:

426611BA
**Law Firm Ref#: NDR COX INVESTMENTS**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NDR COX INVESTMENTS, LLC, a Delaware limited liability company,                Case No.: **1:25-cv-11213**

      **Plaintiff(s),**

    VS

5M VENTURE II, LLC, a Delaware limited liability company, MARK REITER and MARTY
REITER, individuals,

      **Defendant(s).**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Dennis McMaster** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve,
Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **Mark Reiter**

I, Non-Served the within named **INDIVIDUAL/ENTITY on 11/11/2025 at 6:46 AM**

TYPE OF PROCESS: **Summons in a Civil Action; First Amended Complaint**

ADDRESS WHERE ATTEMPTED: **2001 W 103rd St, Chicago, IL 60643-2626**

NON-SERVICE for reason that after diligent investigation found:

| Date/Time | Remarks |
|---|---|
| 11/5/2025 at 9:33 AM | This is a single-family home. There was a silver SUV in the driveway. I knocked on the front door and rang the video bell, but I received no answer. |
| 11/7/2025 at 6:57 AM | A little kid answered the door and told me that his dad was in the shower. He went to go get him, and I waited for 15 minutes, but no one ever came to the door. |
| 11/8/2025 at 10:46 AM | There were no vehicles present on the property or lights on inside the home. I knocked on the front door and rang the video bell, but I received no answer. |
| 11/10/2025 at 5:01 PM | There were tracks and footprints in the snow outside of the home. There were lights on inside the home. I knocked on the front door and rang the video bell, but I received no answer. |
| 11/11/2025 at 6:46 AM | There were no vehicles present on the property or lights on inside the home. I knocked on the front door and rang the video bell, but I received no answer. Therefore, I was unable to contact the subject and effectuate service. |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies
that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on
information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same
to be true.

Dennis McMaster, Process Server
Dated: 11 12 25



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

426611BA