## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

NDR Cox Investments, LLC
                            Plaintiff,

v.                                                          Case No.: 1:25−cv−11213
                                                                  Honorable Jeffrey I Cummings

5M Venture II, LLC, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 22, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Defendant Cox Group LLC's motion for extension of time to answer or otherwise plead [17] is granted. Cox Group's deadline to answer or otherwise plead to any operative pleading against it is stayed pending further order of the Court. The Court has also reviewed plaintiff's amended complaint [18] and jurisdictional memo [19], in which plaintiff purports to drop Cox Group LLC as a defendant in this matter and proceed solely against 5M Venture LLC and Mark and Marty Reiter, thereby establishing diversity jurisdiction. In doing so, plaintiff maintains that Cox Group is a dispensable party to this litigation. On or before 2/6/26, counsel for plaintiff and counsel for previously named defendant Cox Group shall meet and confer and file a joint status report indicating whether Cox Group LLC concedes it is an unnecessary and/or dispensable party in this dispute between its members. Plaintiff's motion for alternative service of process as to defendants 5M Venture, Mark Reiter, and Marty Reiter [20] is entered and continued generally. The previously set 11/21/25 tracking status hearing is stricken and reset to 3/6/26 at 9:00 a.m. (to track the case only, no appearance is required. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.