**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: NDR Cox Investments, LLC v.      Case Number: 1:25-cv-11213
5M Venture II, LLC Mark Reiter and Marty
Reiter

An appearance is hereby filed by the undersigned as attorney for:
5 M Venture II, LLC, and Mark Reiter and Martin ("Marty") Reiter

Attorney name (type or print): Richard Perna

Firm: Krieg DeVault LLP

Street address: 200 S. Wacker Dr., Suite 600

City/State/Zip: Chicago, IL 60606

Bar ID Number:  6193236                    Telephone Number: (312) 651-2400
(See item 3  in instructions)

Email Address:rperna@kdlegal.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.      ☐      Retained Counsel

☐      Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 23, 2026

Attorney signature:      */s/ Richard Perna*
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023