**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: NDR Cox Investments, LLC v. 5M Venture II, LLC Mark Reiter and Marty Reiter

Case Number: 1:25-cv-11213

An appearance is hereby filed by the undersigned as attorney for:
5 M Venture II, LLC, and Mark Reiter and Martin ("Marty") Reiter

Attorney name (type or print): Nicole Firlej

Firm: Krieg DeVault LLP

Street address: 200 S. Wacker Dr., Suite 600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6344338
(See item 3 in instructions)

Telephone Number: (312) 651-2400

Email Address: nfirlej@kdlegal.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 23, 2026

Attorney signature: */s/ Nicole Firlej*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023