**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

NDR Cox Investments, LLC

                                        Plaintiff,

v.                                                          Case No.: 1:25−cv−11213
                                                            Honorable Jeffrey I Cummings

5M Venture II, LLC, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 18, 2026:

        MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' stipulation of dismissal pursuant to settlement [25], in which the parties ask the Court to dismiss this matter without prejudice and to retain jurisdiction to enforce the settlement until January 15, 2027. In their stipulation, the parties expressed their belief that the stipulation "obviates the need to resolve the [subject matter jurisdiction] issue raised by the [Court's 1/22/26 order] because the parties have agreed that this Court should maintain jurisdiction over NDR Cox for the purpose of enforcing the Settlement Agreement." But parties cannot simply consent to this Court's subject matter jurisdiction. See Santiago v. United Air Lines, Inc., 77 F. Supp. 3d 694, 699 (N.D.Ill. 2014) ("[T]he parties cannot by consent confer subject matter jurisdiction that the court does not have."). Accordingly, the parties shall file a joint status report by 3/23/26 indicating whether Cox Group concedes it is an unnecessary and/or dispensable party to this litigation. Alternatively, by 3/23/26, the parties can file a joint stipulation to dismiss this matter with prejudice and without the retention of jurisdiction to enforce the settlement agreement. In light of the parties' settlement agreement, plaintiff's motion for alternative service of process [20] is denied as moot. The previously set 3/6/26 tracking status hearing is stricken and reset to 4/3/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.