**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NDR COX INVESTMENTS, LLC, a Delaware limited )
liability company, )
                )
          Plaintiff, )
                )
         v. )    Case No.: 25 CV 11213
                )
5M VENTURE II, LLC, a Delaware limited liability )    Hon. Jeffrey I. Cummings
company, MARK REITER and MARTY REITER, )
individuals, )    Mag. Gabriel A. Fuentes
                )
         Defendants. )

**<u>JOINT STATUS REPORT</u>**

Plaintiff NDR Cox Investments, LLC ("NDR Cox" or "Plaintiff"), Defendants 5M Venture II, LLC ("5M"), Mark Reiter, and Martin Reiter (the "Defendant") and Cox Group, LLC ("Cox Group, by their respective attorneys, pursuant to the Court's March 19, 2026 Minute Entry (Doc. 26), and for their Joint Status Report, state:

1. Following the filing of its First Amended Complaint (Doc. 18), which dropped Cox Group as a defendant, Plaintiff filed its Jurisdictional Memorandum, as order by the Court. Doc. 19.

2. Therein, Plaintiff argued that: (i) this Court possesses subject matter jurisdiction over this action, pursuant to 28 U.S.C. § 1332(a)(1), due the presence of complete diversity between the parties; and (ii) that Cox Group is a dispensable party to this action, citing *Foster Owners Co. LLC v. Farrell*, 2015 WL 778758, at ** 3-7 (D.N.J. Feb 23, 2025) (limited liability company dispensable in dispute between members because of presence of all members in litigation); *Panama Processes, S.A. v. Cities Service Co.*, 500 F. Supp. 787, 801 (S.D.N.Y. 1980)

1

(in a dispute between minority and majority shareholders of corporation for breach of contract and breach of fiduciary duty, corporation was not an indispensable party).  *Id*.

3.      Defendants and Cox Group agree and concede that Cox Group is an unnecessary and/or dispensable party to this litigation.

4.      Accordingly, Plaintiff, Defendants and Cox Group request that this Court grant their Joint Motion and Stipulation of Dismissal (Doc. 25).

Respectfully submitted,

/s/ Michael B. Cohen

Michael B. Cohen (mcohen@em3law.com)
Max A. Stein (mstein@em3law.com)
Keith M. Stolte (kstolte@em3law.com)
Maxson Mago & Macaulay LLP
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
(312) 803-0378

*Counsel for Plaintiff NDR Cox Investments, LLC*

/s/ Thomas B. Fullerton (with permission)

Thomas B. Fullerton
Thomas.fullerton@Akerman.com
Akerman LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700

*Counsel for Defendant Cox Group, LLC*

/s/ Richard Perna (with permission)
Richard Perna
rperna@kdlegal.com
Nicole Firlej
nfirlej@kdlegal.com
Krieg DeVault LLP
200 S. Wacker Dr., Suite 600
Chicago, IL 60606
(312) 651-2409

*Counsel for Defendants 5M Venture II, LLC, Mark Reiter and Martin Reiter*

## **CERTIFICATE OF SERVICE**

I certify that on March 23, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

By:     /s/ Michael B. Cohen

4