**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

NDR Cox Investments, LLC

              Plaintiff,

v.

              Case No.: 1:25–cv–11213
              Honorable Jeffrey I Cummings

5M Venture II, LLC, et al.

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 3, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Upon review of the parties' joint status report [27], the parties' joint motion and stipulation of dismissal [25] is granted. Pursuant to the parties' stipulation, this case is dismissed without prejudice and with leave to reinstate on or before 1/15/27. The Court retains jurisdiction to enforce the terms of the settlement until 1/15/27. If no motion to enforce, reinstate, or for extension of time is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. All pending deadlines and hearings are stricken. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.